**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------- X

UNITED STATES OF AMERICA,                 :

    -against-                            :

JOHNNY ALVALLE,                           :

              Defendant.     :
-------------------------------- X

No. 18 Cr. 455 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

On May 15, 2020, Defendant Johnny Alvalle submitted a pro
se motion to vacate his conviction pursuant to 28 U.S.C. § 2255;
the motion was received and docketed by the pro se office on May
28, 2020.  (ECF No. 36.)  The Court ordered the Government to
respond, and on July 31, 2020, the Government filed an
opposition to Alvalle's habeas petition.  (ECF No. 40.)  On
August 24, 2020, Alvalle submitted a motion requesting
appointment of counsel to assist his pending 2255 motion.  (ECF
No. 43.)  On September 1, 2020, Alvalle submitted a letter reply
to the Government's opposition.  (ECF No. 44.)

Alvalle's request for appointment of counsel is DENIED as
both moot and untimely because the motion has already been
brought, the Government has already filed its opposition, and
Alvalle has filed a comprehensive reply brief.

The Clerk of Court is directed to terminate the motion
docketed at ECF No. 43.  The Court will mail a copy of this
Order to Alvalle today.

**SO ORDERED.**

Dated:   New York, New York
         September 16, 2020

_____
                  John F. Keenan
         United States District Judge