UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA       :

     -against-                :

JOHNNY ALVALLE,           :

                Defendant.  :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-21

No. 18 Cr. 455 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Johnny Alvalle's pro se motion for compassionate release (ECF No. 46) by no later than May 19, 2021, and to mail a copy to Alvalle at that time. Alvalle shall have 30 days from the date on which he is served with the Government's response to file a reply, if any. Absent further order, Alvalle's motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Alvalle today.

**SO ORDERED.**

Dated:   New York, New York
       May 12, 2021

                     _John F. Keenan_____
                         John F. Keenan
                United States District Judge